UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES, JR., | ) CASE NO. ED CV 11-9-R (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| M.D. BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 14, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Robles.Judgment.wpd